IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDIO C. GADDIS, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>STOKES CHEVROLET, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:19cv323-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motion for dismissal with prejudice (doc. no. 18), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and this action is dismissed with prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of December, 2019.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE